IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

| | | |
|---|---|---|
| **Melvin L. Crowe** | ) | Case No. 14-00796-TOM |
| SSN: XXX-XX-0951 | ) | |
| | ) | |
| **Tracy D. Crowe** | ) | Chapter 7 |
| SSN: XXX-XX-8004 | ) | |

## ORDER

This matter having come before the Court, but was not heard, on the Debtor's Motion to Delay Discharge; no notice having been given, it appears to the Court that the motion is due to be granted; now therefore,

It is **ORDERED, ADJUDGED, AND DECREED** that the Debtor's Motion to Delay Discharge shall be and hereby is **GRANTED until July 16, 2014.**

Dated: June 16, 2014

/s/Tamara O Mitchell
United States Bankruptcy Judge

**/rwh**